# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

U.S.A. v. ERNEST HANSON

Case No. 3:11-cr-0098 TMB


By:     THE HONORABLE TIMOTHY M. BURGESS


**PROCEEDINGS:**    **ORDER FROM CHAMBERS**

Having reviewed Magistrate Judge Roberts' Initial Report and Recommendation on Defendant's Motion to Suppress (Docket No. 32), in conjunction with the parties' Objections and Responses (Docket Nos. 37 & 39), and the Magistrate's Final Report and Recommendation, (Docket 43) the Court hereby adopts and accepts in all material respects the Final Report and Recommendation in its entirety. Consequently, Plaintiff's Motion to Suppress, (Docket 14), is DENIED.

**IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: February 23, 2012